**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80544-CIV-CANNON**

**VINICIUS MOREIRA BORGES**,

      Plaintiff,

v.

**DIRECTOR GARRETT RIPA,** *et al.*,

      Defendants.

_____/

### <u>ORDER CLOSING CASE</u>

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on May 21, 2026 [ECF No. 6].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective May 21, 2026, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 6].  The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of May 2026.

                                        **AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record